July 20, 2015

Michael Gowan
701757
Robertson Unit
12071 FM 3522
Abilene, TX 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Abel Acosta
Clerk, Court Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711-2308

   RE: PD-0451-15

Dear Clerk:


I received the Case Details and Opinion for AP-76,291, CHAVEZ, EX PARTE JUAN MANUEL.

Thank you!

The Chavez case is exactly on point with my case. Although the the Court denied my PDR, you kindly sent me this material. I am hoping I might also get copies of the following from this Chavez case:

1. 02/24/2010 WRIT FILED HABEAS CORPUS
2. 03/23/2010 BRIEF FILED APPLICANT
3. 05/28/2010 BRIEF FILED STATE
4. 06/10/2010 REPLY BRIEF FILED APPLICANT

I am pro se, so this request is made in good faith effort to effectively assist myself.

Thank you for your service and consideration.


Sincerely,

Michael Gowan